UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
M&T Bank

**Order Filed on September 12, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:
  Derrick J. Pierre,

Debtor.

Case No.: 12-13470-SLM

Adv. No.:

Hearing Date: 7/08/2015 @ 11:00 a.m.

Judge: Stacey L. Meisel

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

  The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 12, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Derrick J. Pierre
Case No:  12-13470-SLM
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 31-33 Abbottsford Avenue, Newark, NJ 07102, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Bruce Levitt, Esq., attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of August 25, 2016, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for escrow advances totaling $22,090.91, broken down as follows:

Taxes
| Date | Amount |
|---|---|
| 04/15/2013 | $1,493.85 |
| 08/02/2013 | $1,910.97 |
| 10/11/2013 | $1,831.21 |
| 04/11/2014 | $1,682.47 |
| 07/24/2014 | $1,845.42 |
| 01/20/2015 | $1,856.81 |
| 01/27/2015 | $1,766.80 |
| 04/24/2015 | $1,766.79 |
| 07/23/2015 | $2,003.81 |
| 08/05/2016 | $2,055.09 |

Total taxes = $ 18,213.22

Insurance
3-18-13 $ 2,655.69
3-13-14 $ 2,041.00
Total Insurance = $ 4,696.69

      It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall make an immediate payment of $10,000.00 directly to Secured Creditor, indicating that the check is to be used to reimburse taxes paid, sent to M&T Bank, Attn: Payment Processing, 1 Fountain Plaza, 7th Floor, Buffalo, NY 14203-1495; and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $12,090.91 will be paid by Debtors remitting $1,727.28 per month beginning September 1, 2016 and continue for a period of seven months until the post-petition arrears are cured; and

**(Page 3)**
Debtor:  Derrick J. Pierre
Case No:  12-13470-SLM
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

It is further **ORDERED, ADJUDGED and DECREED** that this order shall survive any discharge entered if said discharge is entered prior to the escrow arrears being paid in full by Debtor; and

It is further **ORDERED, ADJUDGED and DECREED** that the Debtor shall maintain the taxes and insurance going forward; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $176.00 for filing fees, totaling $526.00, which is to be paid through Debtors' Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved

United States Bankruptcy Court
District of New Jersey

In re:  
Derrick J. Pierre  
    Debtor

Case No. 12-13470-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 12, 2016  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.  
db          +Derrick J. Pierre,    31-33 Abbottsford Avenue,    Newark, NJ 07106-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:  
         Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com  
         Bruce H Levitt    on behalf of Debtor Derrick J. Pierre blevitt@levittslafkes.com,  
          sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
         Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com  
                                                                                                                      TOTAL: 5